NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLARENCE THORPE, )
)
      Appellant, )
)
v. )      Case No. 2D18-1389
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed January 23, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada,
Judge.

Clarence Thorpe, pro se.

PER CURIAM.

      Affirmed.

CASANUEVA, KELLY, and MORRIS, JJ., Concur.